1 | **BRYAN CAVE LLP**
2 | Marcy J. Bergman, California Bar No. 75826
  | Stephanie A. Blazewicz, California Bar No. 240359
3 | Robert J. Esposito, California Bar No. 267031
  | 560 Mission Street, 25th Floor
4 | San Francisco, CA 94105
5 | Telephone:    (415) 268-2000
  | Facsimile:     (415) 268-1999
6 | Email:        marcy.bergman@bryancave.com
7 |               stephanie.blazewicz@bryancave.com
  |               robert.esposito@bryancave.com
8 |
  | Attorneys for Plaintiff
9 | AIRWAIR INTERNATIONAL LTD.

*ORIGINAL FILED*

*APR 16 2013*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom, | Case No. CV 13 1715 |
| Plaintiff, | **COMPLAINT FOR** |
| vs. | **(1)  FEDERAL TRADEMARK INFRINGEMENT** |
| OASAP LIMITED, a company of China; and DOES 1-50, | **(2)  FEDERAL FALSE DESIGNATION OF ORIGIN** |
| Defendants. | **(3)  TRADEMARK DILUTION** |
| | **(4)  CALIFORNIA STATUTORY UNFAIR COMPETITION** |
| | **(5)  COMMON LAW UNFAIR COMPETITION** |
| | **(6)  CALIFORNIA STATUTORY TRADEMARK DILUTION** |
| | **DEMAND FOR JURY TRIAL** |

*DMR*

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

1

1.   Plaintiff AirWair International Ltd. is a wholly owned subsidiary of R. Griggs Group Ltd. and is engaged in the design, manufacture, marketing and sale of Dr. Martens® footwear (Airwair International Ltd. and R. Griggs Group Ltd. are referred to collectively hereafter as "AirWair").  Airwair International Ltd. and its parent company, R. Griggs Group Ltd., are companies of the United Kingdom, located and doing business at Cobbs Lane, Wollaston, Wellingborough, Northamptonshire, NN29 7SW, United Kingdom.

2.   On information and belief, defendant Oasap Limited ("OASAP" or "Defendant") is a company based in Hong Kong, with offices in Wilmington, Delaware, that markets, distributes and sells clothing and footwear products in the United States and within this District.  OASAP's footwear products are the subject matter of this action.

3.   Defendants sued as DOES 1 through 50 are persons or entities whose identities are not yet known to AIRWAIR ("Doe Defendants").  Plaintiff will seek leave of Court to substitute their true names when they become known.

## JURISDICTION AND VENUE

4.   This Court has subject matter jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a), in that this case arises under the trademark laws of the United States, 15 U.S.C. §§ 1051 et seq.

5.   This Court has pendant jurisdiction under 28 U.S.C. § 1338(b), in that this case arises under claims joined with a substantial and related claim under the trademark laws of the United States.

6.   Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant conducts business within this District and has engaged in, and continues to engage in, acts of advertising and offering services and retail goods and products to consumers located within this District.

## FACTUAL ALLEGATIONS

7.   AirWair is headquartered in the village of Wollaston, England and, through its predecessor company, has manufactured footwear since 1901.  AirWair has been

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

2
COMPLAINT

SF01DOCS\128311.3\C070820\0349517

1   manufacturing and marketing Dr. Martens® footwear since 1960.

2       8.      Since as early as 1984, AirWair has marketed and sold Dr. Martens boots,

3   shoes and sandals in the United States using a distinctive trade dress that features yellow

4   stitching in the welt area of the sole, a two-tone grooved sole edge, and a fabric heel loop

5   with yellow lettering on a black background.  AirWair also uses a distinctive undersole

6   design consisting of a unique horizontal grid pattern known as the "DMS undersole

7   pattern" along with the words "THE ORIGINAL" on its Dr. Martens footwear.

8       9.      Dr. Martens footwear is widely recognized and extremely popular and has

9   achieved recognition as ranking among the world's greatest and most recognizable brands.

10   The distinctive trade dress of its iconic boots and shoes has been used by the company

11   since 1960 and is world famous.  Over the past 25 years, millions of pairs of shoes, boots

12   and sandals with the distinctive trade dress have been sold in the United States.

13       10.     AirWair holds many registrations for its trade dress throughout the world

14   including the following registrations in the United States Patent and Trademark Office:

15   • "the combination of yellow stitching in the welt area and a two-tone grooved
       sole edge" (Reg. No. 2,437,751, attached as **Exhibit 1**);
16

17   • the yellow "welt stitch located around the perimeter of footwear" (Reg. No.
       2,437,750, attached as **Exhibit 2**);

18   • its DMS undersole design mark (Reg. No. 2,102,468, attached as **Exhibit 3**,
       the "DMS Design Mark");
19



20

21

22

23

24   • "the design of a sole edge including longitudinal ribbing, and a dark color
       band over a light color" (Reg. No. 2,104,349, attached as **Exhibit 4**); and
25

26   • "longitudinal ribbing and a dark color band over a light color on the outer
       sole edge, welt stitching, and a tab at the top back heel of footwear" (Reg.
       No. 2,341,976, attached as **Exhibit 5**).
27

28

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

3
COMPLAINT

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

11.     AirWair also holds many registrations for its trademarks throughout the world including the following registrations in the United States Patent and Trademark Office:

- DR. MARTENS, Cl. 25, (Reg. No. 1,798,791, attached as **Exhibit 6**);

- DR. MARTENS AIRWAIR WITH BOUNCING SOLES, Cl. 25 (Reg. No. 3,070,408, attached as **Exhibit 7**); and



- AIRWAIR WITH BOUNCING SOLES, Cl. 25, (Reg. No. 1,940,547, attached as **Exhibit 8**).



12.     All of the above trademarks ("Trademarks") and trade dress marks ("Trade Dress") (collectively "Registered Marks") have been in use for 50 years, and have been used in the United States since 1984.

13.     AirWair has filed declarations of continued use under Sections 8 and 15 of the Lanham Act and the Registered Marks referenced in Exhibits 1, 2, 3, 6, 7 and 8 have become incontestable.

14.     AirWair celebrated the 50th anniversary of its classic Dr. Martens footwear with its distinctive Trade Dress including yellow welt stitching, two-tone grooved sole edge, the heel loop, and DMS undersole design.

*[The balance of this page is intentionally left blank.]*

1      19.     The Infringing Footwear unlawfully copies and uses the distinctive Dr.

2   Martens Trade Dress, including the distinctive yellow welt stitching, two-tone grooved

3   sole edge, and heel loop featuring yellow letters on a black background.  The Infringing

4   Footwear also uses an undersole pattern that is an exact copy of the Dr. Martens DMS

5   undersole pattern and includes the phrase "THE ORIGINAL" on the undersole in the same

6   location and in exactly the same font as that phrase is used on the Dr. Martens undersole.

7   The Infringing Footwear also includes the words "Ds Markens" on the ankle of the boot, in

8   the same location and configuration that the "Dr. Martens" mark is shown on genuine Dr.

9   Martens boots.

10

11

12                  *[The balance of this page is intentionally left blank.]*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

SF01DOCS\128311.3\C070820\0349517

15.     Examples of classic Dr. Martens footwear, including the iconic 1460 boot, 1461 Gibson, and DMS sole are shown below.



16.     The distinctive Dr. Martens Trade Dress is distinctive or has acquired distinctiveness, and is non-functional.

17.     OASAP states in its website at www.oasap.com that it is "a global online store dedicated to high-street fashion by offering various kinds of women's apparel, bags, shoes, jewellery, [sic] accessories, beauty products, etc." Founded in 2011, OASAP claims it "has already grown to the leader of high fashion online stores." (See www.oasap.com/content/19-about-us)

18.     AirWair is informed and believes that OASAP has in the past and continues to manufacture, market, distribute and sell boots and shoes that are confusingly similar to and which unlawfully copy the distinctive Dr. Martens Trade Dress in violation of its rights in the Registered Marks. The infringing styles manufactured, marketed and sold by Defendant include, without limitation, the "Classic Style 8-Eye Army Style Combat Boots," the "Round Toe Pin Buckle Embellished Ankle Boots," and the "Patent Leather Lace-up Combat Boots" (the "Infringing Footwear"). These boots are pictured in **Exhibit 9**, **Exhibit 10**, and **Exhibit 11**, attached hereto.

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

20.    The overall configuration and appearance of the Infringing Footwear is virtually identical to the iconic Dr. Martens 1460 boot, as shown below, and is likely to cause confusion as to the source, sponsorship or origin of the Infringing Footwear:



**Genuine Dr. Martens® 1460 Boot**                    **OASAP Infringing Footwear**




**Genuine Dr. Martens® 1460 Boot**                    **OASAP Infringing Footwear**




**Genuine Dr. Martens® 1460 Boot**                    **OASAP Infringing Footwear**

7
COMPLAINT

21.     The infringing footwear also unlawfully copies and mimics the DR. MARTENS, DR. MARTENS AIRWAIR WITH BOUNCING SOLES, and AIRWAIR WITH BOUNCING SOLES Trademarks attached as Exhibits 6–8:



**OASAP Infringing Footwear**



**Reg. No. 3,070,408, attached as Exhibit 7**



**OASAP Infringing Footwear**



**Reg. No. 1,940,547, attached as Exhibit 8**

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

SF01DOCS\128311.3\C070820\0349517

22.    The Infringing Footwear is offered for sale, advertised and promoted through the OASAP website at http://www.oasap.com.  OASAP also advertises and promotes the Infringing Footwear through https://www.facebook.com/OASAP, https://twitter.com/OASAP, http://oasap.tumblr.com/, and http://blog.oasap.com/.

23.    AirWair is informed and believes that the infringing footwear is regularly sold in California and in the Northern District of California.  True and correct copies of receipts for the Infringing Footwear purchased in California through www.oasap.com are attached hereto as **Exhibit 12** and **Exhibit 13**.

24.    OASAP's offering for sale, and sale of the Infringing Footwear is likely to cause and has caused confusion between Dr. Martens footwear and OASAP's footwear.

25.    OASAP is familiar with the Dr. Martens Trade Dress and Trademarks, and intentionally copied the same in its Infringing Footwear.  The use of the Dr. Martens Trade Dress and Trademarks on the Infringing Footwear, including the use of the "®" symbol on the heel loop, suggests a sponsorship and affiliation that does not exist.

26.    OASAP has no right to use the Dr. Martens Trade Dress or Trademarks.  OASAP's sale, advertisement, distribution, and promotion of the Infringing Footwear in the United States is without authorization or consent from AirWair.

27.    OASAP's conduct in copying the Dr. Martens Trade Dress and Trademarks has been systematic and deliberate.  OASAP has copied the Dr. Martens Trade Dress, Trademarks, and the overall style and configuration of Dr. Martens boots and shoes as closely as possible in a deliberate and calculated attempt to trade upon the popularity and distinctive appearance and design of Dr. Martens footwear.

28.    OASAP's conduct in copying the DR. MARTENS® and AIRWAIR® Trademarks by using the confusingly similar names "Ds Markens" and "AizWsin" on its products is a deliberate and intentional attempt to confuse consumers and trade on the reputation and good will of genuine DR. MARTENS® products.

29.    By reason of OASAP's acts, AirWair has suffered and will continue to suffer damage to its business, reputation and goodwill, and the loss of sales and profits AirWair

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

9
COMPLAINT

1  would have realized but for OASAP's acts.  Unless restrained and enjoined, OASAP will

2  continue to engage in the acts complained of and irreparably damage AirWair.  AirWair's

3  remedy at law is not adequate to compensate AirWair for all the resulting injuries arising

4  from OASAP's actions.

### FIRST CLAIM FOR RELIEF

**(Trademark Infringement in Violation of**

**Lanham Act Section 32, 15 U.S.C. Section 1114)**

8       30.    AirWair realleges and incorporates by reference paragraphs 1 through 29 of

9  this Complaint.

10       31.    Defendant has, on or in connection with footwear products, used in

11  commerce subject to regulation by the U.S. Congress, a reproduction, counterfeit, copy or

12  colorable imitation of the Dr. Martens Trade Dress and Trademarks in connection with the

13  sale, offering for sale, distribution, and/or advertising of goods and services, which use is

14  likely to cause confusion, or to cause mistake, or to deceive.

15       32.    Defendant has, on or in connection with footwear products, reproduced,

16  counterfeited, copied and/or imitated the Dr. Martens Trade Dress and Trademarks and has

17  applied such reproductions, counterfeits, copies and/or colorable imitations to footwear,

18  signs, displays, advertisements, promotional materials, packaging, website content, and

19  other materials used in commerce in connection with the sale, offering for sale,

20  distribution, or advertising of goods and services, which use is likely to cause confusion, or

21  to cause mistake, or to deceive.

22       33.    Defendant is acting and has acted with knowledge that its unlawful copying

23  and use of the Dr. Martens Trade Dress and Trademarks are counterfeit and such imitation

24  is intended to cause confusion, or to cause mistake, or to deceive.

25       34.    Defendant's acts are in violation of 15 U.S.C. § 1114, and AirWair has been

26  and is likely to be damaged by these acts.

27          *[The balance of this page is intentionally left blank.]*

28

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

SF01DOCS\128311.3\C070820\0349517

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

**SECOND CLAIM FOR RELIEF**

**(Federal Unfair Competition and False Designation of Origin**

**in Violation of Lanham Act Section 43(a), 15 U.S.C. § 1125(a))**

35.    AirWair realleges and incorporates herein by reference paragraphs 1 through 34 of this Complaint.

36.    Defendant's unlawful copying and use of the Dr. Martens Trade Dress and Trademarks in connection with its footwear products is a false and misleading designation of origin and a false and misleading representation of facts, which:

(a)    is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with AirWair, or as to the origin, sponsorship, or approval of Defendant's goods or commercial activities by AirWair; and/or

(b)    in commercial advertising or promotion, misrepresent the nature, characteristics, or qualities of Defendant's goods, services, or commercial activities.

37.    Defendant's acts are in violation of 15 U.S.C. § 1125(a), and AirWair has been and is likely to be damaged by these acts.

**THIRD CLAIM FOR RELIEF**

**(Federal Trademark Dilution in Violation of**

**Lanham Act Section 43(c), 15 U.S.C. § 1125(c))**

38.    AirWair realleges and incorporates herein by reference paragraphs 1 through 37 of this Complaint.

39.    The Dr. Martens Trademarks and Trade Dress are distinctive and famous in the United States.  Defendant has used and is using trademarks and trade dress on its footwear products which are substantially indistinguishable from the Dr. Martens Trade Dress and Trademarks, after they became famous.

40.    On information and belief, Defendant acted with knowledge of the fame and reputation of the Dr. Martens Trade Dress and Trademarks with the purpose of usurping such rights and to willfully and intentionally confuse, mislead, and deceive members of the public.

41.     Defendant's actions have and are likely to dilute, blur and tarnish the distinctive quality of the Dr. Martens Trade Dress and Trademarks, and lessen the capacity of the Dr. Martens Trade Dress and Trademarks to identify and distinguish the company's products.

42.     Defendant's acts are in violation of 15 U.S.C. § 1125(c), and AirWair has been and is likely to be damaged by these acts.  Unless Defendant is restrained, AirWair will continue to suffer damages and injury to its reputation and goodwill.

43.     Because Defendant acted willfully and intentionally to trade on AirWair's reputation and/or cause dilution of its famous Trademarks and Trade Dress, AirWair is entitled to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. § 1125(c)(2).

### FOURTH CLAIM FOR RELIEF

### (Unfair Competition in Violation of California Business
### & Professions Code Section 17200, et seq.)

44.     AirWair realleges and incorporates herein by reference paragraphs 1 through 43 of this Complaint.

45.     Defendant's acts including the unlawful use and imitation of the Dr. Martens Trade Dress and Trademarks in connection with the manufacture, marketing, distribution and sale of footwear products constitute an unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising, in violation of California Business and Professions Code §§ 17200, et seq.

46.     Defendant's pattern and practice of imitating the Dr. Martens Trade Dress and Trademarks in connection with their footwear products, and of trading upon AirWair's goodwill and reputation, constitutes an unfair business practice in violation of California Business and Professions Code §§ 17200, et seq.

47.     Defendant's conduct was willful, and AirWair has been and is likely to be damaged by these acts.

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

SF01DOCS\128311.3\C070820\0349517

**FIFTH CLAIM FOR RELIEF**

**(Common Law Unfair Competition)**

48.     AirWair realleges and incorporates by reference paragraphs 1 through 47 of this Complaint.

49.     Defendant's use and imitation of the Dr. Martens Trade Dress and Trademarks and the combination of its style features in footwear constitutes infringement, copying, imitation, and misappropriation of AirWair's intellectual property, unjust enrichment of Defendant, and unfair competition with AirWair in violation of AirWair's rights under the common law of the State of California and other states of the United States.

50.     Defendant's willful acts of misrepresentation, fraud and deceit have unjustly enriched Defendant and violated AirWair's rights.

**SIXTH CLAIM FOR RELIEF**

**(Dilution in Violation of California Business &**

**Professions Code Section 14247, et seq.)**

51.     AirWair realleges and incorporates by reference paragraphs 1 through 50 of this Complaint.

52.     The Dr. Martens Trade Dress and Trademarks have become famous, in that they are widely recognized by the general consuming public of this state as a designation of source AirWair's high quality goods and services.

53.     After the Dr. Martens Trade Dress and Trademarks became famous, Defendant began using trade dress and trademarks in connection with the Infringing Footwear that are substantially identical to the Dr. Martens Trade Dress and Trademarks.

54.     Defendant's actions have diluted, blurred and tarnished the strong and positive associations represented by the Dr. Martens Trade Dress and Trademarks by lessening the capacity of the Dr. Martens Trade Dress and Trademarks to identify and distinguish AirWair's products and by causing AirWair's products and the Dr. Martens Trade Dress and Trademarks to be associated with footwear not made, sponsored or

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

SF01DOCS\128311.3\C070820\0349517

1  approved by AirWair.

2      55.     Defendant's acts are in violation of California Business & Professions Code

3  sections 14247, et seq., and AirWair has been and is likely to be damaged by these acts.

4                              **PRAYER FOR RELIEF**

5      Wherefore, AirWair prays for judgment in its favor and against Defendant:

6      A.     A preliminary and permanent injunction enjoining Defendant, its officers,

7  shareholders, agents, servants, employees, attorneys, successors and assigns, suppliers,

8  manufacturers, distributors, business partners, e-tailers, retailers, and those in privity with

9  them, and those persons in active concert or participation with any of them who receive

10  actual notice of the judgment by personal service or otherwise, from manufacturing,

11  marketing, distributing or selling the Infringing Footwear or any other footwear products

12  that use, imitate or copy any of the Dr. Martens Trade Dress or Trademarks, as illustrated

13  in **Exhibits 1–8**, or any combination of them.

14      B.     An Order directing Defendant to file with this Court and serve on AirWair's

15  counsel within 30 days after service of an injunction, a report under oath setting forth in

16  detail the manner and form in which Defendant has complied with the injunction.

17      C.     An Order that (1) all point-of-sale materials, labels, signs, boxes, prints,

18  catalogs, line sheets, marketing materials, internet web pages, metatags, packages, papers,

19  other trade dress, and advertisements in the possession or control of Defendant bearing

20  images, illustrations, or representations of the enjoined footwear, Trade Dress,

21  Trademarks, Dr. Martens® name, and undersole patterns, and all plates, molds, matrixes,

22  and other means of making the same, be delivered to AirWair's counsel or destroyed and

23  (2) that Defendant disclose the identities of the vendors and manufacturers of the

24  Infringing Footwear, sole molds, and undersole.

25      D.     An accounting for Defendant's profits arising from Defendant's unfair

26  competition and trademark infringement and an award of Defendant's profits to Plaintiff,

27  including disclosure of the number of pairs of Infringing Footwear sold in the United

28  States and internationally and an accounting for the gross revenue derived from sale of the

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

14
COMPLAINT

1  Infringing Footwear.

2      E.      An award of damages sustained by Plaintiff.

3      F.      In the alternative to actual damages and profits, an award of statutory

4  damages in an amount of not more than $1,000,000 per counterfeit mark per type of

5  services and/or goods sold or offered for sale by Defendant.

6      G.      An award of treble the actual damages awarded.

7      H.      Pre-judgment and post-judgment interest on the above damage awards.

8      I.      An award of costs and reasonable attorney's fees and expenses incurred by

9  AirWair in connection with this action.

10     J.      Such other and further relief which this Court may deem just.

11              **DEMAND FOR JURY TRIAL**

12     AirWair hereby demands a trial by jury.

13

14  Dated:  April 16, 2013              **BRYAN CAVE LLP**

15

16                                  By: _____

17                                      Marcy J. Bergman
                                        Stephanie A. Blazewicz
                                        Robert J. Esposito
18                                      Attorneys for Plaintiff
                                        AIRWAIR INTERNATIONAL LTD.
19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94105

SF01DOCS\128311.3\C070820\0349517

# Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 2,437,751

Registered Mar. 27, 2001

### TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED FOR THE COLOR YELLOW, AND CLAIM IS MADE TO COLOR.

THE MARK CONSISTS OF THE COMBINATION OF YELLOW STITCHING IN THE WELT AREA AND A TWO-TONE GROOVED SOLE EDGE.

SEC. 2(F).

SER. NO. 74-494,466, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-TORNEY

Exhibit 2

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 2,437,750
Registered Mar. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



R.GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF A WELT STITCH
LOCATED AROUND THE PERIMETER OF FOOT-
WEAR. THE PHANTOM LINING IS NOT A PART
THE MARK, BUT MERELY INDICATES THE POSI-
TION OF THE MARK.

SEC. 2(F).

SER. NO. 74-494,463, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

Exhibit 3

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,102,468

Registered Oct. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOR-
OUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 8-0-1992, FIRST USED IN AN-
OTHER FORM IN 1978; IN COMMERCE

9-0-1992, FIRST USED IN COMMERCE IN AN-
OTHER FORM IN 1984.

THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN UNDERSOLE.

SER. NO. 74-502,418, FILED 3-21-1994.

JEFFREY LOOK, EXAMINING ATTORNEY

# Exhibit 4

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,104,349

Registered Oct. 7, 1997

### TRADEMARK
### SUPPLEMENTAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 4-1-1960; IN COMMERCE
0-0-1984.
THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN SOLE EDGE INCLUDING LONGITUDI-
NAL RIBBING, AND A DARK COLOR BAND
OVER A LIGHT COLOR.

SER. NO. 74-494,464, FILED P.R. 2-25-1994;
AM. S.R. 5-30-1997.

CATHERINE KAISER KREBS, EXAMINING
ATTORNEY

Exhibit 5

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 2,341,976

Registered Apr. 11, 2000

## TRADEMARK
### SUPPLEMENTAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST   USE   0–0–1960;   IN   COMMERCE
0–0–1984.
THE MARK CONSISTS OF LONGITUDINAL
RIBBING AND A DARK COLOR BAND OVER

A LIGHT COLOR ON THE OUTER SOLE
EDGE, WELT STITCHING, AND A TAB LO-
CATED AT THE TOP BACK HEEL OF FOOT-
WEAR.

SER. NO. 74–494,465, FILED P.R. 2–25–1994;
AM. S.R. 3–11–1999.

CATHERINE KAISER KREBS, EXAMINING
ATTORNEY

Exhibit 6

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,798,791
Registered Oct. 12, 1993

### TRADEMARK
### PRINCIPAL REGISTER

## DR. MARTENS

DR. ING. FUNCK GMBH & CO. KG (FED REP
  GERMANY CORPORATION)
HAIDELWEG 20
D–8000 MUNCHEN 60, FED REP GERMANY

FOR: FOOTWEAR AND PARTS THEREOF,
IN CLASS 25 (U.S. CL. 39).
  FIRST   USE   5–23–1988;   IN   COMMERCE
5–23–1988.

OWNER OF U.S. REG. NOS. 1,310,148 AND
1,454,323.

SEC. 2(F).

SN 74–800,822, FILED 3–14–1990.

TERESA M. RUPP, EXAMINING ATTORNEY

Exhibit 7

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,070,408
Registered Mar. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER



AIRWAIR INTERNATIONAL LTD. (UNITED KINGDOM CORPORATION)

COBB'S LANE

WOLLASTON, NORTHAMPTONSHIRE, UNITED KINGDOM NN29 7SW

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-1-1988; IN COMMERCE 5-1-1994.

OWNER OF U.S. REG. NOS. 1,940,547, 2,286,875 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOLES", APART FROM THE MARK AS SHOWN.

THE STIPPLING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF THE WORD PHRASE "DR. MARTENS AIRWAIR WITH BOUNCING SOLES" IN COMBINATION WITH A BALL DESIGN.

SER. NO. 78-487,723, FILED 9-22-2004.

FLORENTINA BLANDU, EXAMINING ATTORNEY

Exhibit 8

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,940,547

United States Patent and Trademark Office

Registered Dec. 12, 1995

New Cert.

OG Date Dec. 23, 2008

## TRADEMARK
## PRINCIPAL REGISTER
## REGISTRATION ASSIGNED



AIRWAIR INTERNATIONAL LTD. (UNI-
TED KINGDOM CORPORATION)
COBB'S LANE
WOLLASTON, NORTHAMPTONSHIRE,
UNITED KINGDOM NN29 7SW

OWNER OF U.S. REG. NO. 1,517,274.

NO CLAIM IS MADE TO THE EXCLU-
SIVE RIGHT TO USE "SOLES", APART
FROM THE MARK AS SHOWN.

THE DRAWING IS LINED FOR THE
COLOR YELLOW AND COLOR IS A
FEATURE OF THE MARK.

FOR: FOOTWEAR, IN CLASS 25 (U.S.
CL. 39).

FIRST USE 4-0-1961; IN COMMERCE
9-0-1984.

SER. NO. 74-522,326, FILED 5-4-1994.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 23, 2008.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Exhibit 9

 **FREE SHIPPING WORLDWIDE**
**30 DAYS UNCONDITIONAL RETURN**

Add Bookmark    USD $

QHZ #DUUYDOV        EHVW#VHOOHUV       DSSDUHO        VKRHV        EDJV2SXUVHV        DFFHV'

## CLASSIC CHIFFON DRESSES HOT SALE | SAVE 25% OFF + FREE

Location: Home > Shoes > Boots > **Classic Style 8-Eye Army Style Combat Boots**



### Classic Style 8-Eye Army Style (

## $122

SKU: OP21304

i love it ❤    💕 57 loves

**COLOR :**

| **black** | dark brown | pink |

Choose Your Size

**ADD TO SHOPPING BAG >>**

LIVE CHAT

Total **1** Comments                    Write a

| **DESCRIPTION** | SIZE & FIT |

**Size(1 Inch = 2.54 CM):**

**Due to different measurements, 1-2cm di
allowed.**

- The Martens boots have been crafted in
  featuring eight hole metallic eyelet openii
  welt, heel pull tab to the reverse and a ch

- **Color:** black,red,pink,dark brown,white
- **Fabric:** PU/Rubber
- **Tag:**
  black, pink, black boots, brown, red boot:
  boots
- **Hot Tag:**
  army green parka jackets, army jumpsuit

  

Tweet

**$15 OFF ON ORDER OVER $80**
**USE THE CODE: 15USD-80**
**$30 OFF ON ORDER OVER $150**
**USE THE CODE: 30USD-150**
**(VALID ON FULL-PRICE ORDERS (**

## FEATURED PHOTOS BY CUSTOMERS



 **sample42627**    2012-11-14 20:50:26

# Exhibit 10





| | inesfilipa_pereira | 2012-09-01 11:57:23 | | dnnsmith3626207 | 2012-09-01 09:57:21 |
| :) | | | | loook a bit like rainboot. | |

1 2 3

## CUSTOMERS WHO BOUGHT THIS ITEM ALSO BOUGHT

       

| Metal Toecap Flat Ankle Boots | Classic Style 8-Eye Army... | Lace up Metal Toecap Boots | Rivets Embellished Lace up... | Candy Color Lace up Combat... | Point Toe Chunky Heel... | Turned Cuff Lace-up Booties | Metal Embellished... |
| $113.00 | $122.00 | $79.50 $106.00 | $101.00 | $97.00 | $123.00 | $74.00 | $110.00 |

More black boots

**black boots** | ankle boots | yellow boots | fashion coat 2013 | fashion skirts with a shear layer | fashionable printed chiffon blouse |

      

| Vintage Real Leather Peeptoe Boots | Punk Riveted Peep Toe Wedge Boots | Peeptoe Ankle Boots | Suede Leather Ankle Boots | Bowknot Trimmed Suede Leather Ankle... | Rhinestone and Rabbit Trimmed High... | Lamb Wool Lining Lace up Boots |
| $132.00 | $88.00 | $69.00 $92.00 | $174.00 | $224.00 | $143.00 | $150.00 |

| DERXXWRDVDSFRP | FXVWRPHDVHUYFHV | VWDVIFRQQHFWHG | VLTQKSHRURDVDSHDVKLRQHQHZ V |
| Oasap.com History | Shipping | Find Us On Facebook | Email Address    SIGN UP |
| Products Tags | Return & Exchanges | Follow Us On Twitter | |
| Affiliate Program | Contact Us | Repin For Pinterest | Make sure you're well connected by signing up to |
| Terms & Conditions | Payment | Find Us On Blogger | receive our email newsletters. All you need to do is |
| Privacy & Policy | Show Your Order | Find Us On Tumblr | out the details above and we'll send all that's |
| Oasap Donation | Fashion Hunter | Oasap for iPhone | extraordinary about Oasap straight to your inbox. |
| | Thank You Points | Oasap for Android | |
| | OASAP Publishers Referral | |  |
| | Commission Program | | Trustwave Trusted Commerce Click to Validate |

LIVE CHAT

Search Tag: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z OTHER

Copyright © Oasap Limited. All Rights Reserved.

Exhibit 11





| | sample42627 | 2012-11-15 01:41:20 | | sample42627 | 2012-11-15 01:41:02 |

## CUSTOMERS WHO BOUGHT THIS ITEM ALSO BOUGHT

      

| Sweet and Cute Bunny Ears Ring | Lace Up Creepers with PU... | Cute Rabbit Shaped Earrings | Metal Toecap Flat Ankle Boots | Classic Style 8-Eye Army... | Lace up Metal Toecap Boots | Metal Embellished... |
|---|---|---|---|---|---|---|
| $15.00 | $100.00 | $8.00 | $113.00 | $122.00 | $79.50 $106.00 | $110.00 |

More lace up boots

lace up boots | fashion boots | patent leather boots | leather shorts | long sleeves for girls | metal design |

      

| Fashion Sheer Lace-up Rain Boots | Lamb Wool Lining Lace up Boots | Vintage Floral Print Leather Lace-up... | Vintage Colored Cavalier Lace-Up Boots | Riveted Lace-up Boots | Skull Embossing Riveted Leather Boots | The Side Buckled Warrior Boots |
|---|---|---|---|---|---|---|
| $62.00 | $150.00 | $134.00 | $134.00 | $113.00 | $141.00 | $126.00 |

| DERXWRDVDSFRP | FXVWRPHJUWHUYIFHV | WLD\FRQQHFWHG | VLJQ#KSHRUJRDVDSHDVKRQJHZV |
|---|---|---|---|
| Oasap.com History | Shipping | Find Us On Facebook | Email Address    SIGN UP |
| Products Tags | Return & Exchanges | Follow Us On Twitter | |
| Affiliate Program | Contact Us | Repin For Pinterest | Make sure you're well connected by signing up to |
| Terms & Conditions | Payment | Find Us On Blogger | receive our email newsletters. All you need to do |
| Privacy & Policy | Show Your Order | Find Us On Tumblr | out the details above and we'll send all that's |
| Oasap Donation | Fashion Hunter | Oasap for iPhone | extraordinary about Oasap straight to your inbox |
| | Thank You Points | Oasap for Android | |
| | OASAP Publishers Referral Commission Program | | |



Search Tag: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z OTHER
Copyright © Oasap Limited. All Rights Reserved.

Exhibit 12



## Your payment to OASAP.COM
1 message

Thu, Feb 21, 2013 at 10:47 AM

**PayPal**

|  |  |
|---|---|
| You sent a payment of $215.00 USD to OASAP.COM. | Feb 21, 2013 10:46:46 PST<br>Receipt No:5329-8037-4353-2749 |

Hello Cheryl Yocum,

This charge will appear on your credit card statement as payment to PAYPAL *OASAP COM.

**Save time with a PayPal account**

Create a PayPal account and save your payment information. You won't need to enter your payment information every time you shop online.

Sign Up Now

**Shop with confidence**
We keep your financial information secure.

**Transactions monitored 24/7**
Our fraud specialists help protect your account.

**You're protected**
Zero fraud liability for eligible unauthorized purchases. See eligibility

**Merchant Information:**
OASAP.COM
service@oasap.com
http://www.oasap.com
15316445450

**Instructions to merchant:**
None provided

**Shipping Information**

Dana Point, CA 92629
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Patent Leather Lace-up Combat Boots - color : antique coppery, size : EURO38/US7/UK5, material : Patent leather | $93.00 USD | 1 | $93.00 USD |
| Classic Style 8-Eye Army Style Combat Boots - material : PU/Rubber, size : EURO38/US7/UK5, color : dark brown | $122.00 USD | 1 | $122.00 USD |
|  | Subtotal: | | $215.00 USD |
|  | Total: | | $215.00 USD |

Receipt No: 5329-8037-4353-2749
Please keep this receipt number for future reference. You'll need it if you contact customer service at OASAP.COM or PayPal.

Help Center | Security Center

Rate of Exchange: If this transaction involves a currency conversion, there will be an

exchange rate shown above. This exchange rate includes a 2.5% spread above the wholesale exchange rate at which PayPal obtains foreign currency, and the spread is retained by PayPal. If and when the Recipient chooses to withdraw these funds from the PayPal System, and if the withdrawal involves a currency conversion, the Recipient will convert the funds at the applicable currency exchange rate at the time of the withdrawal, and the Recipient may incur a withdrawal fee.

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**
**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and click Resolution Center at the top center of Account Overview.**

Please don't reply to this email. It'll just confuse the computer that sent it and you won't get a response.

Copyright © 2013 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP1469

Exhibit 13

Print

| Subject: | Order confirmation |
|---|---|
| From: | Oasap.com (service@oasap.com) |
| To: | ▉▉▉▉▉▉▉ |
| Date: | Thursday, February 21, 2013 4:14 PM |

To ensure our emails reach your inbox, please add service@oasap.com to your address book.



| NEW ARRIVALS | APPAREL | SHOES | BAGS/PURSES | ACCESSORIES | JEWELLERY | FASHION PIN |
|---|---|---|---|---|---|---|

Hello , thank you for shopping with **OASAP.com**.

**Coupon details**

Order: **#57816734 placed on 2013-02-21 19:14:07**
Payment: **PayPal**

| Reference | Product | Unit Price | Quantity | Total Price |
|---|---|---|---|---|
| OP17935 | **Round Toe Pin Buckle Embellished ankle Boots black, EURO39/US8/UK6, Cow split leather** | $76.00 | 1 | $76.00 |
| OP22035 | **Candy Color Lace up Combat Booties coffee, EURO40/US9/UK7, Leather** | $97.00 | 1 | $97.00 |
| | Products | | | $173.00 |
| | Discounts | | | $0.00 |
| | Shipping | | | $0.00 |
| | Total paid | | | $173.00 |

**Shipping**

| DELIVERY ADDRESS | BILLING ADDRESS |
|---|---|
|  |  |
| Garden Grove 92845 | Garden Grove 92845 |

USA California
310-200-1775

USA California
310-200-1775

You can review this order from the **"Order List"** section of your account by clicking **"My Account"** on our website.

If you have any questions, please do not hesitate to contact us via email or live chat.

Best Regards,
Oasap.com Team

---

FOLLOW US:   FACEBOOK   TWITTER   PINTEREST   BLOGGER   TUMBLR   APP STORE   ANDROID

HOME     FASHION     BLOGGER     SHIPPING     PAYMENT     RETURNS     CONTACT US     PRIVACY

This email may be considered an advertising or promotional message.
Copyright © OASAP.COM All Rights Reserved.

**Subject:** Receipt for Your Payment to OASAP.COM

**From:** James Worford via PayPal (member@paypal.com)

**To:**

**Date:** Thursday, February 21, 2013 4:14 PM



Feb 21, 2013 16:14:02 PST
Transaction ID: 4TM27502J0143714E

Hello

**You sent a payment of $173.00 USD to OASAP.COM**

**(service@oasap.com)**

It may take a few moments for this transaction to appear in your account.

**Merchant**
OASAP.COM
service@oasap.com
+86 15316445450

**Instructions to merchant**
You haven't entered any instructions.

**Shipping address - confirmed**

Garden Grove, CA 92845
United States

**Shipping details**
The seller hasn't provided any shipping details yet.



Start selling in person with our
free mobile card reader

Get PayPal Here℠

Accept credit cards, take checks and more on the go

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Round Toe Pin Buckle Embellished ankle Boots - color : black, size : EURO39/US8/UK6, material : Cow split leather | $76.00 USD | 1 | $76.00 USD |
| Candy Color Lace up Combat Booties - color : coffee, size : EURO40/US9/UK7, material : Leather | $97.00 USD | 1 | $97.00 USD |
| | **Subtotal** | | $173.00 USD |
| | **Total** | | $173.00 USD |
| | **Payment** | | $173.00 USD |

Charge will appear on your credit card statement as "PAYPAL *OASAP
COM"
Payment sent to service@oasap.com

**this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

**?** Questions? Go to the Help Center at: www.paypal.com/help.

Rate of Exchange: If this transaction involves a currency conversion, there will be an exchange rate shown above. This exchange rate includes a 2.5% spread above the wholesale exchange rate at which PayPal obtains foreign currency, and the spread is retained by PayPal. If and when the Recipient chooses to withdraw these funds from the PayPal System, and if the withdrawal involves a currency conversion, the Recipient will convert the funds at the applicable currency exchange rate at the time of the withdrawal, and the Recipient may incur a withdrawal fee.

**RIGHT TO REFUND**
**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**
**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and click Resolution Center at the top center of Account Overview.**

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

PayPal Email ID PP120