**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Stephanie A. Blazewicz, California Bar No. 240359
Robert J. Esposito, California Bar No. 267031
560 Mission Street, Suite 2500
San Francisco, CA 94105
Telephone:   415-675-3400
Facsimile:    415-675-3434
E-mail:      marcy.bergman@bryancave.com
             stephanie.blazewicz@bryancave.com
             robert.esposito@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>OASAP LIMITED, a company of China; and DOES 1-50,<br><br>Defendants. | Case No. 13-cv-01715-DMR<br><br>**SECOND STATUS STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>**[Proposed Order Submitted Separately]**<br><br>Current CMC<br>Date: October 16, 2013<br>Time: 2:00 p.m.<br>Courtroom 4, 3rd Floor<br><br>Requested Continued CMC<br>Date: January 15, 2014<br>Time: 1:30 p.m.<br>Courtroom 4, 3rd Floor<br><br>Date Action Filed: April 16, 2013<br>Judge: Honorable Donna M. Ryu |

Plaintiff AIRWAIR INTERNATIONAL LTD. ("AirWair") respectfully requests that Court continue the case management conference approximately 90 days for the reasons set forth below.

AirWair filed this action on April 16, 2013. On June 14, 2013, AirWair initiated service of process on OASAP Limited ("OASAP"), a company headquartered in Hong Kong, pursuant to the

Hague Convention for Service Abroad. Service documents, including the summons and complaint in this action, were delivered to Hong Kong's Central Authority on June 17, 2013. AirWair filed one previous request for continuance of the case management conference, on July 10, in which AirWair estimated that it would take several months before a signed proof of service was returned to AirWair. AirWair followed up with the central authority on September 23, 2013 and received the below response:

> From: <calvin_chan@cso.gov.hk>
> Date: September 30, 2013 at 12:59:18 AM PDT
> To: <Connie.Lee@bryancave.com>
> Subject: Service of document on OASAP Limited
>
> Dear Connie,
>
> Thank you for your email.
>
> We are still processing your request. I will write to you again if there is any update about your case.
>
> Regards,
> Calvin Chan
> Executive Officer (Administration Wing) 2
> Chief Secretary for Administration's Office
> Hong Kong SAR Government
> Hong Kong, China
> Tel: (852) 2810 3969
> Fax: (852) 2842 8897
> Email: calvin_chan@cso.gov.hk

The parties have been corresponding in an effort to resolve this matter informally, but OASAP has not, to AirWair's knowledge, retained counsel and has not indicated it is willing to waive service of process.

AirWair respectfully requests that the Court continue the case management conference approximately 90 more days to permit service of process to be completed. AirWair does not request this continuance for the purposes of delay.

Respectfully submitted,

Dated: October 8, 2013            **BRYAN CAVE LLP**

By: */s/ Robert J. Esposito*
    Marcy J. Bergman
    Stephanie A. Blazewicz
    Robert J. Esposito
    Attorneys for Plaintiff
    AIRWAIR INTERNATIONAL LTD.

BRYAN CAVE LLP
560 MISSION STREET, SUITE 2500
SAN FRANCISCO, CA 94105

SF01DOCS\164745\0349517     2     Case No. 13-cv-01715-DMR
SECOND STATUS STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE