**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Stephanie A. Blazewicz, California Bar No. 240359
Robert J. Esposito, California Bar No. 267031
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:        marcy.bergman@bryancave.com
              stephanie.blazewicz@bryancave.com
              robert.esposito@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>          Plaintiff,<br><br>vs.<br><br>OASAP LIMITED, a company of China; and DOES 1-50,<br><br>          Defendants. | Case No. 4:13-CV-01715-DMR<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

1

SF01DOCS\128311.3\C070820\0349517

1   PLEASE TAKE NOTICE that the parties have reached a settlement in this case and
2   have finalized documentation.
3   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff AirWair International Ltd., by
4   and through its counsel, voluntarily dismisses this case with prejudice.  Each party is to
5   bear its own costs, expenses, and fees.  The Clerk of Court is respectfully requested to
6   close this case.

Dated:  January 7, 2014            **BRYAN CAVE LLP**

                                   By:   */s/ Robert J. Esposito*
                                         Marcy J. Bergman
                                         Stephanie A. Blazewicz
                                         Robert J. Esposito
                                   Attorneys for Plaintiff
                                   AIRWAIR INTERNATIONAL LTD.